

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>TIMOTHY WILLARD FOLKMAN JR<br><br>Debtor. | CHAPTER # 7<br>CASE NO. 10-37936 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

**X   A**  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B**  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Rocky Mountain Power<br>Atten: Bankruptcy<br>PO Box 25308<br>Salt Lake City, UT 84125 | $4.78 |

   The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$4.78** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

   DATED this 11th day of August, 2011.

                                          /s/
                                Steven R. Bailey, Trustee